# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Allen Charron Williams, Jr.<br>*Plaintiff*<br>v.<br>Joseph Rhymer, Christopher Brently, Captain Robert E. Padgett and Major Steven Anderson<br>*Defendant* | Civil Action No.    4:18-cv-1451-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   August 19, 2019                                                    *CLERK OF COURT*

                                                                                    s/Debbie Stokes
                                                                       *Signature of Clerk or Deputy Clerk*